IN RE: INTERDICTION OF CARROLL
LEBLANC CONSTANCE

NO. 23-C-307

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

July 13, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** KIMBERLY CONSTANCE

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DANYELLE M. TAYLOR, DIVISION "O", NUMBER 810-004

Panel composed of Judges Stephen J. Windhorst,
Cornelius E. Regan, Pro Tempore, and Jason Verdigets, Pro Tempore

## WRIT GRANTED; ORDER VACATED; REMANDED

In this writ application, relator/intervenor, Kimberly Constance ("Kimberly"), seeks review of the trial court's May 26, 2023 Order, which dismissed her "Emergency Ex Parte Limited Motion to Stay Pending Appeal" with prejudice, ordered her to comply with the requirements of the curator, Louisiana Guardianship Services, Inc. ("LGSI"), and ordered her to pay costs and attorney fees to LGSI. For the following reasons, we grant the writ application, vacate the trial court's May 26, 2023 Order, and remand for a contradictory hearing.

On February 14, 2023, the trial court rendered a judgment ordering that Carroll Constance ("Carroll"), Kimberly's mother, be placed under a full and permanent interdiction. In this judgment, the trial court also appointed LGSI as curator for Carroll. Counsel for Carroll filed a Motion for Appeal, which was granted on March 6, 2023.

On May 3, 2023, the trial court issued reasons for judgment. The writ application includes an email dated May 17, 2023 from counsel for LGSI to Kimberly stating that, after reviewing the reasons for judgment, LGSI determined that it is in Carroll's best interest that no one involved in the interdiction proceedings live in her home. The email provided that Kimberly was to move out of Carroll's home within 14 days. The next day, May 18, 2023, Kimberly filed an Emergency Ex Parte Limited Motion to Stay Pending Appeal, in which she requested that the trial court issue an Order staying LGSI's demand that she move out of Carroll's home and ordering LGSI to allow her to continue to reside with Carroll during the pendency of the appeal. Kimberly stated that she had been living with and caring for her mother since 2020. Although it was labeled "Ex Parte," the motion included a proposed rule to show cause order to set the matter for hearing.

On May 24, 2023, counsel for LGSI filed a memorandum in opposition to Kimberly's motion, asking the trial court to dismiss the motion with prejudice on the grounds that the law does not allow a curator's decision to be stayed, pursuant to La. C.C.P. art. 4555. LGSI also sought an order of attorney fees and costs for defending the motion. The trial court denied Kimberly's motion on the merits and dismissed it without a contradictory hearing or issuing a rule to show cause.

La. C.C.P. art. 4555 provides that a judgment of interdiction or a judgment appointing or removing a curator is not suspended during the pendency of an appeal. Kimberly has not sought to suspend the judgment of interdiction or the appointment of LGSI as curator. Rather, the relief sought in her motion was an order staying the curator's demand that she move out of her mother's home.

Relator asserts that the trial court erred by rendering its decision on her motion without holding a contradictory hearing. We agree.

La. C.C.P. art. 963 provides:

> If the order applied for by written motion is one to which mover is clearly entitled without supporting proof, the court may grant the order ex parte and without hearing the adverse party.

> If the order applied for by written motion is one to which the mover is not clearly entitled, or which requires supporting proof, the motion shall be served on and tried contradictorily with the adverse party.

> The rule to show cause is a contradictory motion.

While we express no opinion on the merits of Kimberly's Emergency Ex Parte Limited Motion to Stay Pending Appeal, we find that the trial court erred by dismissing her motion with prejudice without first affording her an opportunity to be heard at a contradictory hearing as requested. Accordingly, we grant this writ application, vacate the May 26, 2023 Order in its entirety, and remand for a contradictory hearing.

Gretna, Louisiana, this 13th day of July, 2023.

**CER**
**SJW**
**JMV**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>07/13/2023</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-C-307**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Danyelle M. Taylor (DISTRICT JUDGE)
Randall A. Smith (Respondent)       Matthew A. Sherman (Relator)
                                    Dylan T. Leach (Respondent)

### MAILED

Jason D. Asbill (Respondent)        Vincent F. Wynne, Jr. (Respondent)      Anna M. Singleton (Relator)
Colin Leonard (Respondent)          Attorney at Law                         Attorney at Law
Attorney at Law                     410 North Jefferson Avenue              One Galleria Boulevard
2121 North Causeway Boulevard       Covington, LA 70433                     Suite 1100
Suite 172                                                                   Metairie, LA 70001
Metairie, LA 70001

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jason D. Asbill
Attorney at Law
2121 North Causeway Boulevard
Suite 1/2
Metairie, LA 70001
23-C-307                    07-13-23

9590 9402 2434 6249 3573 44

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 7752

A. Signature

X *Hannah Gauthreaux*        ☐ Agent
                              ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

Hannah Gauthreaux

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ~~Insured Mail~~
☐ ~~Insured Mail~~ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent<br>                      ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>_A. Johnson_     7.17.23 |
| 1. Article Addressed to:<br><br>Vincent F. Wynne, Jr.<br>Attorney at Law<br>410 North Jefferson Avenue<br>Covington, LA 70433<br>23-C-307          07-13-23 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |

| | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>       il Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

9590 9402 2434 6249 3573 37

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 7769

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anne M. Singleton
Attorney at Law
One Galleria Boulevard
Suite 1100
Metairie, LA 70001
23-C-307                    07-13-23

9590 9402 2434 6249 3600 09

2. Article Number (Transfer from service label)

7016 2070 0000 0954 7776

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____    ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
John V. Giov...    7/17/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt